UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-po-00529-KJN |
| Plaintiff, | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | |
| JUAN C. FLORES, | DATE: February 8, 2022 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice E1542655 in Case Number 2:21-po-00529-KJN is GRANTED.

It is further ordered that the initial appearance scheduled on February 8, 2022, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: January 21, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE           1           U.S. v. JUAN C. FLORES